UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

U.S.

v.

DeShawn Germany

Case 08 CR 401-22

**FILED**
6-5-08
JUN 05 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant DeShawn Germany

| SIGNATURE | *[signature]* |
|---|---|
| FIRM | Same  122 S. Michigan, Ste 1850 |
| STREET ADDRESS | 122 S. Michigan Ste 1850 |
| CITY/STATE/ZIP | Chicago IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3129156 | TELEPHONE NUMBER (312) 427-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☒ | |